UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**WENDELL LAWSON,**

Plaintiff,

v.

CITY OF PHILADELPHIA;

PHILADELPHIA POLICE DEPARTMENT;

PHILADELPHIA POLICE DEPARTMENT – 16TH DISTRICT;

PHILADELPHIA POLICE DEPARTMENT – SOUTHWEST DETECTIVE DIVISION (55TH & PINE);

OFFICER REUBEN ONDARZA (Badge No. 2004);

SERGEANT ERICA MYERS (Badge No. 8831);

OFFICERS OF THE 16TH DISTRICT, INCLUDING BUT NOT LIMITED TO OFFICERS WITH BADGE NOS. 4816 AND 5890;

BENSON GOLDBERGER, ESQ. (Attorney ID No. 59442);

PRESBYTERIAN HOSPITAL;

HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA – CEDAR AVENUE;

HCA HEALTHCARE / TRIDENT HEALTH;

SOUTH CAROLINA LAW ENFORCEMENT OFFICERS, INCLUDING OFFICER TM BEGIN;

PETE'S PIZZA;

JEFFERSON HOSPITAL;

INSPIRITEC, INC.;

REC'D JAN 1 6 2026

GLOBAL EQUITY FINANCE;

JOSIAH PEREZ;

JOHN DOES 1–75,

Defendants.

Civil Action No. _____

## ~~~~~~~~~~~~~ COMPLAINT

(42 U.S.C. § 1983; ADA; Rehabilitation Act; EMTALA; FHA; ECOA; State Law)

## I. INTRODUCTION

This action arises from a continuous, interrelated, and escalating course of constitutional violations, disability discrimination, retaliation, unlawful detention, unlawful searches and seizures, false claims of judicial authorization, warrantless entry, breaking and entering, trespass, deliberate indifference to serious medical and mental-health needs, unsafe medical discharges, evidence mishandling, suppression of police reports, and institutional misconduct occurring between September 27, 2015 and October 22, 2025.

Plaintiff Wendell Lawson is a disabled individual diagnosed with bipolar disorder and major depressive disorder. During multiple documented mental-health crises, Plaintiff was repeatedly mishandled, abandoned, over-medicated, discharged while suicidal, retaliated against, and ignored by law-enforcement officers, hospitals, employers, lenders, and others acting under color of state law.

## II. JURISDICTION, VENUE, AND TIMELINESS

This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1343. This Court has

supplemental jurisdiction under 28 U.S.C. § 1367. Venue is proper in this District under 28 U.S.C. § 1391(b).

**Statute of Limitations and Tolling**

Plaintiff's claims are timely under the continuing-violation doctrine, equitable tolling, and delayed discovery, due to Defendants' concealment, misrepresentation, and Plaintiff's documented mental disabilities.

## III. PARTIES

Plaintiff Wendell Lawson resides in Philadelphia, Pennsylvania. Defendants include municipal entities, police departments, sworn officers, hospitals, private businesses, an employer, a lender, and an attorney, each acting individually and/or under color of state law.

## IV. FACTUAL ALLEGATIONS
(STRICT CHRONOLOGICAL ORDER)

**September 27, 2015 – Excessive Force**

Officer Reuben Ondarza (Badge No. 2004) pushed Plaintiff to the ground without justification, fracturing his shoulder and causing permanent injury.

**2019 – EMTALA Violation**

Presbyterian Hospital refused emergency screening and stabilizing treatment for Plaintiff's knee injury.

**2019–2020 – Attorney Misconduct**

Attorney Benson Goldberger failed to disclose material facts while Plaintiff was mentally impaired.

**2022–2023 – Unsafe Injection and Discharge**

HUP Cedar Avenue injected Plaintiff with medication and discharged him while drowsy;

Plaintiff nearly entered traffic and was almost struck by a vehicle.

### February 6, 2023 – Suicidal Discharge

Plaintiff was discharged from HUP Cedar Avenue with active suicidal ideation and no stabilization.

### February 11–12, 2023 – South Carolina Detention

Plaintiff was handcuffed, questioned outside a jail, never booked, and transported to a hospital.

### September 19, 2023 – Pete's Pizza Assault

Employees violently pushed Plaintiff to the ground after he displayed his disability card.

### August–September 2025 – Loan and Employment Interference

Global Equity Finance, Josiah Perez, Jefferson Hospital, and Inspiritec interfered with Plaintiff's employment and lending rights.

### September–October 2025 – Unlawful Entry

An unknown male entered Plaintiff's residence at 3926 Mount Vernon Street without a warrant or consent while Plaintiff was under arrest.

### October 14, 2025 – Burglary Report Suppressed

Plaintiff showed video evidence; no burglary report was generated; officers wrote "Call Internal Affairs."

### October 21, 2025 – In-Person Visit to the 16th District

Plaintiff went in person to the 16th District and spoke with an officer wearing Badge No. 5890, who confirmed no burglary report existed for October 14, 2025.

### False Warrant Claim

Sergeant Erica Myers (Badge No. 8831) told Plaintiff police had a search warrant; in-person

inquiries confirmed none existed.

### October 22, 2025 – Evidence Mishandling

Detective Eric Bonner received proof of ownership for stolen Meta smart glasses; evidence was not properly logged.

### V. CLAIMS FOR RELIEF

Counts I–VIII as fully set forth in the complaint.

### VI. RELIEF REQUESTED

$5,000,000 compensatory damages; $10,000,000 punitive damages; $1,000,000 emotional distress damages; declaratory and injunctive relief; preservation of evidence; costs and fees.

### VII. JURY DEMAND

Plaintiff demands a trial by jury.

### VIII. VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/16/2026

*/s/ Wendell Lawson*

/s/ Wendell Lawson

Wendell Lawson

Plaintiff, Pro Se

# JS 44 (Rev. 06/24)
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS**
Wendell Lawson (Pro Se)

**DEFENDANTS**
City of Philadelphia; Philadelphia Police Department; Philadelphia Police Department – 16th District; Philadelphia Police Department – Southwest Detective Division (55th & Pine); Officer Reuben Ondarza (Badge No. 2004); Sergeant Erica Myers (Badge No. 8831); Officers of the 16th District (including Badges 4816, 5890); Benson Goldberger, Esq.; Presbyterian Hospital; Hospital of the University of Pennsylvania – Cedar Avenue; Jefferson Hospital; HCA Healthcare / Trident Health; South Carolina Law Enforcement Officers, including Officer TM Begin; Pete's Pizza; Inspiritec, Inc.; Global Equity Finance; Josiah Perez; John Does 1–75

**(b) County of Residence (First Listed Plaintiff):** Philadelphia County, Pennsylvania
**County of Residence (First Listed Defendant):** Philadelphia County, Pennsylvania

**(c) Attorneys (Firm Name, Address, and Telephone Number)**
Plaintiff Pro Se

**Attorneys (If Known)**
None Known

**II. BASIS OF JURISDICTION:** ■ Diversity   ■ United States Government Plaintiff   ■ Federal Question (28 U.S.C. § 1331)

**III. CITIZENSHIP OF PRINCIPAL PARTIES:**
Plaintiff: Citizen of Pennsylvania
Defendants: Citizens of Pennsylvania and South Carolina

**IV. NATURE OF SUIT:**
- ■ 440 Civil Rights – Other
- ■ 442 Employment (ADA / Rehabilitation Act components)
- ■ 480 Consumer Credit (ECOA)

**V. ORIGIN:** ■ 1 Original Proceeding

**VI. CAUSE OF ACTION:** 42 U.S.C. § 1983; ADA; Rehabilitation Act; EMTALA; FHA; ECOA

**VII. REQUESTED IN COMPLAINT:**
Jury Demand: ■ Yes ■ No
Class Action: ■ Yes ■ No

**VIII. RELATED CASE(S):** Prior civil-rights litigation involving the City of Philadelphia (see complaint for details)

Signature of Plaintiff Pro Se: *Wendell Lawson*   Date: 1/16/26

**EXHIBIT T**
Chronological Timeline with Images and Email Evidence (2015–2025)
Plaintiff: Wendell Lawson
3926 Mount Vernon Street, Philadelphia, PA 19104

## 2023 — South Carolina Custody & Medical Records

February 11, 2023: Plaintiff taken into custody following a motor vehicle crash during a mental health crisis. Officer TM Begin (TFC, Badge 75479376) issued a reckless driving citation. Plaintiff transported to Trident Health.



*South Carolina Uniform Traffic Ticket*

*Trident Health Emergency Department documentation*

## September 19, 2025 — Arrest & Warrantless Entry

While Plaintiff was under arrest, an unknown male entered Plaintiff's residence without a warrant or consent. Plaintiff's house key was not logged or inventoried. Ring camera footage shows interior entry and search activity.



*Ring camera still showing interior entry*





*Philadelphia Police missing person bulletin*

## October 14–22, 2025 — Burglary Report Attempt & Detective Contact

October 14, 2025: Responding officers viewed video evidence. One officer verbally stated badge #4814; badge #4816 was later identified. No burglary DC number was generated. Plaintiff directed to contact Internal Affairs.



*Police paperwork stating 'Call Internal Affairs'*

## Email Evidence — Internal Affairs, Right-to-Know, and Employment Records

The following emails were submitted by Plaintiff and are incorporated as part of this timeline to document notice, acknowledgment, and official statements by city and employer representatives.

• Email from Sgt. Erica Myers (Philadelphia Police Internal Affairs) providing Right-to-Know and Act 22 instructions, including guidance on body-worn camera footage and confirmation of procedural steps.

• Internal Affairs intake confirmation email assigning Complaint ID W-IAD-25-0533 and IAD Case #25-0593.

• Email correspondence with InspiriTec addressing HIPAA, medical leave, and return-to-work conditions.

These emails are attached in full to the filing packet and referenced herein as supporting documentary evidence.